UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ASENCION FLORES ANTONIO A# 221-441-, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:25-cv-00240-TWP-KMB |
| ) | |
| SAMUEL OLSON Field Office Director for ICE ) Chicago Field Office, ) TODD LYONS in his official capacity as Acting ) Director of Immigration and Customs ) Enforcement, ) KRISTI NOEM Secretary of Homeland Security, ) PAM BONDI U.S. Attorney General, ) SCOTT MAPLES Sheriff, ) ) | |
| Respondents. ) | |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 18, 2025, ordering that Respondents provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under reasonable conditions of supervision (Dkt. 16). The Court issued final judgment that same day. (Dkt. 17). The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/23/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel